# NO. 12-16-00291-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TREVAUGHN TRAYLOR,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Trevaughn Traylor pleaded guilty to theft of property. The trial court placed Appellant on deferred adjudication community supervision. The State subsequently moved to adjudicate guilt. Appellant pleaded "true" to violating several conditions of his community supervision. The trial court found Appellant guilty of theft and sentenced Appellant to confinement in a state jail facility for two years.

The trial court signed a certification of the defendant's right to appeal in which the court certified that the defendant has waived the right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). The certification was signed by Appellant and his counsel and is included in the record on appeal. *See* TEX. R. APP. P. 25.2(d). Accordingly, we *dismiss* the appeal *for want of jurisdiction*.

Opinion delivered November 30, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 30, 2016**

**NO. 12-16-00291-CR**

**TREVAUGHN TRAYLOR,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court
of Smith County, Texas (Tr.Ct.No. 114-0042-16)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that it is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*